# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:08CR42

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MOISES GARZA RAMIREZ ) | |

**THIS MATTER** is before the Court on Defendant's motions to suppress, for an expedited hearing thereon, and an *ex parte* motion[1] for subpoenas for witnesses for such suppression hearing pursuant to Fed. R. Crim. P. 17(b). Defendant also moves to extend the deadline for filing a plea agreement herein.

The Court has reviewed the Defendant's motion to suppress and finds there is no need to have a hearing before trial. The issues raised in the Defendant's motion will be addressed at the appropriate time during

---

[1] Even though counsel filed this document "*ex parte*," it appears in full in the public docket. The Clerk can be contacted to provide instructions on how to file such pleadings under seal.

the trial. Therefore, Defendant's motion for an expedited hearing and for witness subpoenas for such hearing are denied as moot.

In regards to the motion to extend the plea deadline, the Court will grant a modest extension up to and including May 1, 2008.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's motion to suppress is hereby **DEFERRED** until trial.

**IT IS FURTHER ORDERED** that Defendant's motions for an expedited hearing and for witness subpoenas for such hearing are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Defendant's motion to extend the plea deadline is **GRANTED IN PART**, and such deadline is extended to and including May 1, 2008.

Signed: April 22, 2008

Lacy H. Thornburg
United States District Judge