IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR42

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| MOISES GARZA RAMIREZ | ) | |

**THIS MATTER** is before the Court *sua sponte* to amend its prior Order deferring a ruling on Defendant's motion to suppress until trial.

The Court finds that, in the interests of justice, an evidentiary hearing addressing the issues contained in the Defendant's second amended motion to suppress should be held.

**IT IS, THEREFORE, ORDERED** that an evidentiary hearing on the Defendant's second amended motion to suppress is scheduled for **MONDAY, MAY 12, 2008, AT 9:00 A.M.**, in the Third Floor Courtroom of the United States Courthouse in Asheville, North Carolina.

Signed: April 28, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge